UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/10/2022
```

PEISACH REIFER,

      Plaintiff,

-against-

EQUIFAX INFORMATION SERVICES, LLC
and VOLVO CAR FINANCIAL SERVICES
U.S., LLC,

      Defendants.

22-cv-3445 (MKV)

<u>ORDER OF DISMISSAL</u>

**MARY KAY VYSKOCIL, United States District Judge:**

  The Court has been informed by the Magistrate Judge that the remaining parties in this case have reached a settlement in principle. Accordingly, IT IS HEREBY ORDERED that the above-captioned case is discontinued without costs to any party and without prejudice to restoring the case to this Court's calendar if the application to restore is made by January 9, 2023. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). All other dates and deadlines are adjourned *sine die*.

**SO ORDERED.**

Date: November 10, 2022
    New York, NY

                  */s/ Mary Kay Vyskocil*
                  **MARY KAY VYSKOCIL**
                  **United States District Judge**